■ WHIPPANY PAPER BOARD CO., INC., v V.C.N.Y., INC., et al. (And Another Action.) — Motion, insofar as it seeks leave to appeal to the Court of Appeals denied, and insofar as it seeks reargument granted to the extent of resettling the order as indicated in the order of this court. Resettled order signed and

filed. [See 92 AD2d 813.] Concur — Kupferman, J. P., Asch, Silverman, Bloom and Kassal, JJ.